**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

Submitted May 18, 2005
Decided May 19, 2005

Before

**Hon.** JOEL M. FLAUM, Chief Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** ILANA DIAMOND ROVNER, Circuit Judge

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff-Appellee*, <br><br> **No.** 04-1425     **v.** <br><br> THOMAS JOHNSON, <br> *Defendant-Appellant*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. <br><br> No. 99 CR 785-1 <br> David H. Coar, *Judge*. |

**Order**

The United States has confessed error in this appeal, in light of *United States v. Booker*, 125 S. Ct. 738 (2005). Moreover, the United States concedes that (a) the issue was preserved in the district court, and (b) the error is not harmless. Accordingly, the sentence is vacated, and the case is remanded for resentencing consistent with the remedial procedure laid out in *Booker*.